# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 22-mj-96 |
| James Martin | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/26/2022 - 08/18/2022__ in the county of __East Baton Rouge Parish__ in the __Middle__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United State Code, Section 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Bedford, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by __telephone__ (*specify reliable electronic means*).

Date: September 7, 2022

*Judge's signature*

City and state: Baton Rouge, LA

Scott D. Johnson, Magistrate Judge
*Printed name and title*

USA Sealed Group, USM, and USPO

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Bedford, Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as an FBI SA since September 2019. Prior to being an FBI SA, I was employed as a Customs and Border Protection Officer for Customs and Border Protection in Laredo, Texas for approximately seven years. During my work as a Special Agent, I have investigated and received training for cases involving child sex crimes and child pornography. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, and distribution of images of child pornography, in violation of 18 U.S.C. § 2252 and 2252A. I have personally conducted and participated in numerous child exploitation and child pornography investigations, search warrants, and suspect and witness interviews. I have received training and instruction in the field of investigation of child pornography and have participated in investigations relating to sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images, and media, such as storage devices, the internet, and printed images).

## OVERVIEW

2. This affidavit is in support of a criminal complaint charging **James Martin ("MARTIN")**, date of birth March 10, 1972, and social security \*\*\*-\*\*-5422, with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

1

3. The information contained herein is based upon my own investigation as well as information supplied to me by other law enforcement officers. I have not included all facts known to me concerning this matter, but only facts necessary to set forth probable cause.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **MARTIN** has committed violations of 18 U.S.C. § 2252A(a)(2)(A).

## STATEMENT OF FACTS

5. On July 20, 2022, Louisiana Bureau of Investigation (LBI) Online Covert Employee (OCE), while working in an undercover capacity, posted the following on the Whisper Android and iOS mobile application ("Whisper"): "Shreveport Bossier QV 80 HH 120 Special 150 She's new and Fresh." Whisper is a form of anonymous social media, that allows users to post and share photo and video messages anonymously. Anyone can post an anonymous message to the service in the form of an image macro. The postings, called "whispers," consist of text superimposed over an image, and the background imagery is either automatically retrieved from Whisper's own search engine or uploaded by the user. Individuals can respond to a message publicly or privately.

6. Whisper user "Bonzai_Buckeroo," later identified as **MARTIN**, contacted the LBI OCE utilizing the private message function on Whisper. After a short conversation on Whisper, "Bonzai_Buckeroo" stated that he, "despise hair lol so I like em fresh," and is, "lookin for 8 to 11." He also stated that his Wickr name was "pendarsir." The conversation moved to Wickr, where "pendarsir" sent the LBI OCE multiple videos of child sexual abuse material (CSAM). At the end of the conversation, the LBI OCE gave his phone number to "pendarsir," and "pendarsir" gave his name as "James" and his phone number as "9034717337." On or around July 30, 2022, law enforcement used the phone number that "James" provided and searched

2

its public records database. Using the public records database, law enforcement determined that the "9034717337" phone number belongs to "James Martin" with an address of 4607 State Highway 149, Beckville, Texas 75631. Law enforcement also determined that the "James Martin" associated with the phone number "9034717337," has a date of birth of March 10, 1972 (age 50), and social security number \*\*\*-\*\*-5422.

7. On July 26, 2022, SA Bedford, while working as an FBI OCE, was introduced to **MARTIN** on the chatting application Wickr. Wickr is an instant messaging application that allows users to exchange end-to-end and content-expiring messages, including photos, videos, and file attachments. Anyone can post an anonymous message to the service in the form of an image macro. Wickr is often used by adults to engage in illegal sexual acts. OCE's profile was a stepfather of a 12-year-old stepdaughter.

8. On July 26, 2022, while the FBI OCE was in Baton Rouge, Louisiana, within the Middle District of Louisiana, the FBI OCE, the LBI OCE, and **MARTIN** chatted on Wickr:

   **MARTIN**: " I wish this 1 bitch would continue our chat from yesterday. Has a 3 month old and wants me to fuck her… and then cum all over the kid. Pretty fucked up lol. But would be excellent selling material."

   **MARTIN** sent a picture of a male penis touching the genital area of a toddler.

   **MARTIN**: "About like that.

   **FBI OCE**: "Is that the baby you're meeting lol."

   **MARTIN**: "No..this is dark web stuff."

   Approximately 45 minutes later, **MARTIN** sent another picture of a prepubescent female bent over exposing her anus and vagina.

   **MARTIN**: "I would love to have been there. To taste that."

   **LBI OCE**: "Holy shit. U have the stash lol. U get that on your phone or what?"

3

> **FBI OCE:** "Lol."
>
> **MARTIN:** "Never on my phone lol. All online in an encrypted folder. I would love to enjoy her. Or thus one."
>
> **Martin** sent mp4 file "KBg67Rntplm8a3y4" which was an approximately 27 second video, showing a young prepubescent female undressing and exposing herself to the camera.

9. At approximately 11:15 a.m. that same day, **MARTIN** sent a MEGA link, which is a cloud storage service that provides links that are securely keyed. **MARTIN** said the following:

   > **MARTIN:** "Here I want to test this link…make sure it's working and sellable when the time us right..It's about 350 files."

10. The description on the link was "3.1GB" and contained "356 files and 5 subfolders." **MARTIN** said the following:

    > **MARTIN:** "And the key is here. wHYCOe8EeAR-FPu0Ao5uuw. Copy the entire key. Make sure there isn't a space at the front or end. Let me know if it works for ya both. Leave no evidence heh. You guys are to busy jerking to reply lmfao. I bet you looked at the good mom folder first."

11. On July 26, 2022, the FBI OCE accessed the MEGA link from Baton Rouge, Louisiana, within the Middle District of Louisiana, using the password that **MARTIN** provided.

12. Upon accessing the link, the FBI OCE identified the following files, among others:

    a. "9ksnsu2mwm.gif" – A gif file showing a pubescent male being sexually penetrated by a penis from behind. The pubescent male appeared to have a mask covering his eyes and a cloth tied around his mouth.

    b. "Daughter suck dad near his mom.mp4" – A 1 minute and 8 second video showing a mother breastfeeding a male toddler in the front of a vehicle. The camera then shows the backseat of the vehicle where a female toddler puts her mouth on an adult male's

4

      penis. The camera then shows the male toddler with his mother again, without his diaper.

    c. "INXLszrSk5Ya0KtK.mp4" – A 1 minute and 19 second video showing a prepubescent female sitting naked on a pillow and a dog licking her genital area.

    d. "QE-vsnW9yOWkwdly.mp4" – A 1 minute and 9 second video showing a naked adult female on a bed with her mouth on the genital area of a female toddler. A prepubescent male then gets on the bed and the adult female puts her mouth on his genital area. The person holding the camera then touches the genital area of the female toddler with their finger.

    e. "Good Mom 2016.webm" – A 9 minute and 57 second video showing a female toddler and a prepubescent female sitting on a bed. An adult female then gets on the bed and proceeds to sexually assault both the toddler and prepubescent female. The adult female leaves, and another adult female proceeds to engage in the same activity as the first. After some time, this adult female leaves and the first one comes back to the bed, where both the toddler and prepubescent female begin to put their mouths on her genital area.

13. On July 27, 2022, at approximately 1:57 PM **MARTIN** sent more CSAM to the FBI OCE, while the FBI OCE was in the Middle District of Louisiana:

    **MARTIN:**    "Hmm here's something not in the pack."

    **MARTIN** sent a picture of a prepubescent female, showing her anus and vagina, bent over in front of an adult male who is showing his penis.

14. On July 27, 2022, the FBI received a return from an administrative subpoena for subscriber information from AT&T for phone number 903-471-7337. The subscriber information name in the report was James Martin at the following address: 4607 State Highway 149, Beckville, Texas 75631; and the following email address: jmartin2wire@yahoo.com. Law enforcement

5

determined that AT&T assigned the following specific International Mobile Subscriber Identity number (IMSI) to James Martin's phone: 310280014346507.

15. On July 28, 2022, **MARTIN** stated that he would, "sling auto parts to companies."

16. On July 31, 2022, **MARTIN** indicated that he is 50 years old by saying:

    **MARTIN:**   "Yeah I'm ancient at 50."

    **FBI OCE:**  "Lol I'm in my late 30's but the body feels twice as old."

    **MARTIN:**   "Yeah I know exactly what you mean. That's why I want a kid or 10 on my cock soon lol."

17. On August 3, 2022, **MARTIN** sent more CSAM:

    **MARTIN:**   "11 year old in Shreveport."

    Martin sent a photo of a pubescent female in her underwear and shirt taking a picture in a mirror.

    **MARTIN:**   "Selling a Dropbox for 30. Says she meets up. Trying to get details."

    **MARTIN** sent a picture of the female teenager with her breasts exposed.

18. On July 27, 2022, FBI SA Bedford obtained Texas wage and employment records from the Texas Workforce Commission. Law enforcement determined that **MARTIN'S** most recent employment records show that he works for AutoZoners LLC and JEK Automotive Supply. Law enforcement also determined that the JEK Automotive Supply address is 124 South Shelby Street, Carthage, Texas 75633. Finally, law enforcement determined that the JEK Automotive Supply is approximately one mile from an AutoZone Auto Parts branch location at 800 Panola Street, in Carthage, Texas (AutoZone Carthage Branch).

19. On August 7, 2022, FBI SA Bedford conducted physical surveillance at the AutoZone Carthage Branch, which was believed to be **MARTIN'S** place of employment. A 2004 white Ford Ranger with license plate MGG7320 and a "punisher" logo sticker with a red line through

it on the back window was observed in the parking lot. On July 22, 2022, **MARTIN** told LBI OCE via a text message from the phone number "9034717337," that, "I only have a shitty little ranger..not large enough to pick her and her kid up."

20. On or about August 19, 2022, Law enforcement checked the National Crime Information Center databases (NCIC) for the registered owner of the 2004 white Ford Ranger with license plate MGG7320. The NCIC records showed that the Ford Ranger is registered to Courtney Scarborough. Law enforcement searched their public records database and determined that Courtney Scarborough is listed as a spouse/close associate to **MARTIN**. The public records further show that Scarborough resides at 4607 State Highway 149, Beckville, Texas 75631. Law enforcement determined that this address record matches the address record for **MARTIN** obtained from the AT&T administrative subpoena on July 27, 2022.

21. On August 7, 2022, FBI SA Bedford traveled to the AutoZone Carthage Branch. At approximately 3:50 P.M., SA Bedford walked inside the AutoZone Carthage Branch. SA Bedford identified and observed an employee matching the physical description of **MARTIN** who had a name tag that read "James M."

22. On August 15, 2022, SA Bedford received information from LBI SA Bryan Covington regarding a 26th Judicial District Court search warrant that he issued to the Whisper application for the user named "Bonzai_Buckeroo." Law enforcement plotted the latitude and longitude coordinates that were obtained from Whisper into a mapping application. The Latitude and longitude information from Whisper showed that "Bonzai_Buckeroo" made multiple posts on the Whisper application from the following properties: (1) 4607 State Highway 149, Beckville, Texas 75631; and (2) 800 Panola Street, Carthage, Texas 75633, from approximately July 12, 2022, through August 6, 2022. Law enforcement determined that the Beckville location record

obtained from the Whisper application matched the address record for **MARTIN** that was obtained from the AT&T administrative subpoena on July 27, 2022. Law enforcement further determined that the Carthage location record obtained from the Whisper application matched the AutoZone Carthage Branch location where FBI SA Bedford identified and observed an employee matching **MARTIN'S** physical description—who also had a name tag that read "James M." Finally, law enforcement determined that the Whisper user "Bonzai_Buckeroo," communicated with the LBI OCE during the time periods identified through the Whisper application search warrant.

23. Based upon the foregoing facts, I have probable cause to conclude that **James Martin** distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).

    I hereby swear that the information contained in this affidavit is true and correct to the best of my knowledge.

Respectfully submitted,

_____
Christopher Bedford, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the __7th__ day of September, 2022.

_____
HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA