# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>**James Martin**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-mj-96 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A)

Date: September 7, 2022

*Issuing officer's signature*

City and state: Baton Rouge, LA

Scott D. Johnson, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/7/22, and the person was arrested on *(date)* 9/12/22
at *(city and state)* Carthage, TX.

Date: 9/12/22

*Arresting officer's signature*

Christopher Bedford, Special Agent
*Printed name and title*